

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Yaodi Hu
(Please print)

**STREET ADDRESS:** 219 W. Cermak

**CITY/STATE/ZIP:** Chicago IL 60616

**PHONE NUMBER:** (773) 216-3173

**CASE NUMBER:** 08CV4108
**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

_____ Signature       7/21/08  Date

I am an E-Filer
My E-mail address is
yaodi_hu @ sbcgl0

**FILED**
JUL 2 1 2008  TC
Jul 21. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT