AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Yaodi Hu

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

City of Chicago

**08CV4108**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City of Chicago
City Hall on Lasalle & Randolph
Chicago IL 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yaodi Hu
214 W. Cermak
Chicago IL 60616

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Invantes
By) DEPUTY CLERK

JUL 2 1 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-5-08 |
| NAME OF SERVER (PRINT) Weiyi Jia | TITLE Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: City Hall - Mayor Daley's Office - LaSalle & Randolph

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-5-08
Date

x Weiyi Jia
Signature of Server

219 W Cermak, Chgo, IL 60616
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.