# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4108 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Hu vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

The case is set for an initial status hearing on 9/23/08 at 9:30 a.m. in Judge Kennelly's courtroom (Room 2103). Plaintiff is advised that if he fails to appear at the status hearing, the Court may dismiss his case for want of prosecution. Plaintiff is directed to mail a copy of this order to each defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case 1:08-cv-04108    Document 9    Filed 08/15/2008    Page 1 of 1

08C4108 Hu vs. City of Chicago    Page 1 of 1