AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Yaodi Hu

V.

City of Chicago and Mayflower Food

CASE NUMBER: 08 CV 4108

ASSIGNED JUDGE: Kennelly

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Mayflower Food
2104 S. Archer Chicago IL 60616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yaodi Hu
219 W. Cermak Chicago IL 60616

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

J. Cervantes
(By) DEPUTY CLERK

AUG 0 6 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-20-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Yessenia Martinez | Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **Nin**
2104 S Archer Ave, Chicago, IL 60616

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **8-20-08**
                    *Date*             *Signature of Server*  Yessenia Martinez

**219 W Cermak Rd, Chicago, IL 60616**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.